UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

    PAUL HANSON

                  Plaintiff(s)

      -vs-                                06-Cv-6287T

    STATE OF NEW YORK, et al

                  Defendant(s)


_____

      The above case is transferred from Hon. Michael A.
Telesca to Hon. David G. Larimer.

      SO ORDERED.


                        ___S/ MICHAEL A. TELESCA___
                        MICHAEL A. TELESCA
                        United States District Judge

Dated:  Rochester, New York
        June 20, 2006

Dockets.Justia.com